### COTTON *v.* THE STATE.

SIMMONS, C. J.  The evidence was sufficient to authorize the verdict of guilty, and this court will not interfere with the discretion of the trial judge in refusing to set such verdict aside as being contrary to law and the evidence.
      *Judgment affirmed.   All the Justices concur*

Argued October 17, — Decided November 10, 1904.

Indictment for larceny.  Before Judge Fite.  Bartow superior court.  July 27, 1904.

*James B. Conyers* and *J. P. Brooke,* for plaintiff in error.
*Samuel P. Maddox, solicitor-general,* contra.